UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

In re:

    Keyonna D. Evans                          Chapter 13
      AKA Keyonna Evans                  Case No. 18-21010-LSS
      AKA Keyonna Denise Evans
      AKA Keyonna D. Jackson

      Debtor

_____

## OBJECTION TO CONFIRMATION

Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. by its undersigned attorneys, Orlans PC, hereby objects to the confirmation of the Chapter 13 plan filed by the Debtor Keyonna D. Evans ("Debtor"), and as grounds therefore states as follows:

1. On or about March 14, 2012, Keyonna D. Evans and John D. Evans (collectively the "Obligors") executed and delivered to Ally Bank a promissory note (the "Note") in the amount of TWO HUNDRED NINETY-SIX THOUSAND THREE HUNDRED FIFTEEN DOLLARS AND NO CENTS ($296,315.00), plus interest at the fixed rate of 4.375% per annum, to be paid over thirty (30) years.

2. Keyonna D. Evans and John D. Evans executed a mortgage to Ally Bank dated March 14, 2012. The Mortgage is a first mortgage on real property owned by the Debtor known and numbered as 10 Monarch Vista Court, Germantown, MD 20874.

3. The Mortgage is materially in default.

4. The Debtor's Chapter 13 Plan proposes to pay post-petition monthly mortgage payments of $525.00 directly to Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. and a pre-petition arrearage of $17,225.04.

5. The Debtor's Chapter 13 Plan understates the pre-petition arrearage and fails to propose a reasonable length of time to cure the pre-petition arrearage.

6. The mortgage is non-modifiable pursuant to 11 U.S.C. §1322(b)(2).

7. As of August 20, 2018, the pre-petition arrearage was $18,880.88.

8. That Debtor's Chapter 13 Plan appears under-funded to cure the pre-petition arrearage within a reasonable length of time.

9. Depending upon any additional facts learned before the hearing on confirmation, Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. reserves the right to assert that the Plan was not proposed in good faith pursuant to 11 U.S.C. § 1325(a)(3).

WHEREFORE, Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc., by and through its attorneys prays that Confirmation be denied, and the case be dismissed, or in the alternative, Creditor prays that this Chapter 13 be converted to a Chapter 7 pursuant to 11 U.S.C. §1307(c).

Date:  _October 18, 2018_____

Respectfully submitted,

___/s/ Namrata Loomba_____
Kathryn Smits, Bar #13912
Namrata Loomba, Bar #20053
Orlans PC
PO Box 2548
Leesburg, VA 20177
(703)777-7101
Attorneys for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
ksmits@orlans.com
nloomba@orlans.com

CERTIFICATE OF SERVICE

The undersigned states that on October 18, 2018, copies of the foregoing Objection to Confirmation were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Timothy P. Branigan
9891 Broken Land Parkway, Suite 301
Columbia, MD 21046
cmecf@chapter13maryland.com
*Bankruptcy Trustee*

Terence Brian Garvey
839C Quince Orchard Boulevard
Gaithersburg, MD 20878
tgarveylaw@comcast.net
*Debtor's Attorney*

and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of the foregoing Objection to Confirmation to the following non-ECF participants:

Keyonna D. Evans
10 Monarch Vista Court
Germantown, MD 20874
*Debtor*

                                                /s/ Namrata Loomba
                                                Kathryn Smits, Esquire
                                                Namrata Loomba, Esquire